UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHONTE D. PAGE,

     Plaintiff,

v.                                  Case No: 5:25-cv-742-PRL

UNIVERSITY OF CENTRAL
FLORIDA BOARD OF TRUSTEES,
et al.,

     Defendants.

## ORDER

This matter is before the Court on the motion of Heart of Florida Health Center, Inc., Jennifer Abernathy, D.O., and Elvira Mercado, M.D. (collectively the "Federal Defendants") to substitute the United States of America in their place. (Doc. 44). Plaintiff has not filed a response in opposition.

The Complaint purports to allege medical negligence against the Federal Defendants arising under Florida law. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (1988) ("FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988), provides that a suit against the United States of America shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The Florida law torts alleged

in the Complaint fall within this provision.

Section 6 of the Federal Employees Liability Reform and Tort Compensation Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his or her office employment at the time of the incident out of which the state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1). Certification authority has been delegated to the United States Attorney for the Middle District of Florida, which authority has been further delegated to the Chief of the Civil Division of the United States Attorney's Office for the Middle District of Florida. 28 C.F.R. § 15.4.

The Federal Defendants have filed a notice advising that Heart of Florida Health Center, Inc. was at all times relevant to this action deemed to be an employee of the Public Health Service for the purposes of Section 224. (See Doc. 44-1, FTCA Deeming Notice). And Lacy R. Harwell, Jr., the Chief of the Civil Division, has certified that, at the time of the alleged conduct, the individual defendants Jennifer Abernathy, D.O., and Elvira Mercado, M.D. were acting within the scope of their federal employment. (Doc. 1-2).

Based on the certification, the claims against the Federal Defendants are now deemed to be an action brought against the United States of America under the FTCA. Accordingly, Heart of Florida Health Center, Inc., Jennifer Abernathy, D.O., and Elvira Mercado, M.D. are dismissed from this action and the United States of

- 3 -

America is substituted as the sole federal defendant in their place with respect to the causes of action alleged against the Federal Defendants in the Complaint.

DONE and ORDERED in Ocala, Florida on April 3, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record